**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
NANCY CORDERO,

                Plaintiff,                    19 **CIVIL** 6926 (LTS) (RWL)

-v-                                  **JUDGMENT**

COMMISIONER OF SOCIAL SECURITY,
                Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 14, 2020, that the decision of the Commissioner of Social Security be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
         January 14, 2020

                                            **RUBY J. KRAJICK**
                                                **Clerk of Court**
                                       BY:
                                                  **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____